# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| GLENN WHITING, | ) |
|     *Plaintiff*, | ) Case No. 3:23-cv-2 |
| v. | ) Judge Travis R. McDonough |
| CITY OF ATHENS, *et al.*, | ) Magistrate Judge Debra C. Poplin |
|     *Defendants*. | ) |

## ORDER

This matter is before the Court for case-management purposes. Federal Rule of Civil Procedure 4(m) provides, in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

More than 90 days have now passed since Plaintiff Glenn Whiting filed his complaint (Doc. 1), and there is no evidence in the record to suggest Defendants Jameson Sliger, Ty Gable, Seth Walker, Tonia Ratledge Dake, Chad Ramsey, Deb Cardin, Cody Williams, Tyler Hicks, Gregory Gable, Quinton Key, or Officer Tom Garland have been timely served. Accordingly, Plaintiff is hereby **ORDERED** to file a response **on or before April 27, 2023,** showing good cause as to why these parties should not be dismissed without prejudice pursuant to Rule 4(m). Plaintiff is hereby **ON NOTICE** that failure to show cause by the date specified is likely to result in these parties being dismissed without prejudice.

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**