# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

Glenn **WHITING**,
    Plaintiff

v.                                                                                       No. 3:23-CV-00002-TRM-DCP

**CITY OF ATHENS**, Seth **SUMNER**,
Bo **PERKINSON**, Brandon **AINSWORTH**,
Jamison **SLIGER**, Rod **WALKER**,
Seth **WALKER**, Deb **CARDIN**,
Tyler **HICKS**, and Tom **GARLAND**
    Defendants

## DEFENDANT, JAMISON SLIGER'S TRIAL BRIEF

Counsel for Defendant will be unable to file a trial brief, but Defendant Sliger hereby adopts the trial briefs filed by all other Defendants in this matter to the extent that the potential issues regarding Defendant Sliger are the same as the issues regarding those Defendants.

Defendant Sliger was not an officer or employee of the City of Athens at the time of this incident nor was he operating under any control from any offer or any other individual from the City of Athens, nor is there any proof regarding any control or direction, such that a § 1983 action is not appropriate regarding Defendant Sliger.

Said position has already been filed and briefed in Sliger's pending Motion for Summary Judgment on that issue.

                                                                           JAMISON SLIGER

                                                                          /s/***D. Mitchell Bryant***
                                                                          BPR# 012581
                                                                          313 West Madison Avenue
                                                                          Athens, TN 37303
                                                                          (423) 744-8730 [Phone]
                                                                          info@dmitchellbryant.com

CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2024 a copy of the foregoing Defendant, Jamison Sliger's Trial Brief was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      /s/**D. Mitchell Bryant**
      BPR# 012581