UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GLENN WHITING, ) | |
| ) | Case No. 3:23-cv-2 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| CITY OF ATHENS, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

For the reasons stated in the accompanying memorandum opinion, the Court will **DISMISS WITH PREJUDICE** Plaintiff's First Amendment retaliation claims and **DISMISS WITHOUT PREJUDICE** the state-law defamation, assault, battery, and IIED claims against all Defendants. The Clerk is **DIRECTED** to close the case.

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
  CLERK OF COURT