**Angela May**

| | |
|---|---|
| **From:** | Angela May |
| **Sent:** | Tuesday, January 24, 2023 4:21 PM |
| **To:** | 'van@irionlaw.com' |
| **Cc:** | Dan Pilkington |
| **Subject:** | re: Whiting v. City of Athens, et al.,USDC No. 3:23-cv-00002 |
| **Attachments:** | 2023-01-24 Letter to Attorney Van Irion.pdf |

Attorney Irion,

Please see the attached correspondence from Attorney Pilkington.

Thank you,

*Angela May*


Legal Assistant to Dan R. Pilkington and Cliff B. Robins
865-637-1700 (office)
865-525-2514 (fax)
amay@watsonroach.com

WATSON ROACH
ATTORNEYS AT LAW

Watson, Roach, Batson & Lauderback, P.L.C.
P. O. Box 131
Knoxville, Tennessee 37901-0131



THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION UNDER THE COMMON INTEREST DOCTRINE, JOINT DEFENSE AGREEMENT OR ATTORNEY CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR THE PERSON(S) TO WHOM IT IS ADDRESSED. IT IS NOT TO BE DIVULGED IN PART OR IN WHOLE, NOR IS THE SUBSTANCE OF IT TO BE DIVULGED IN PART OR IN WHOLE, TO ANYONE OTHER THAN THE ADDRESSEE(S) WITHOUT THE EXPRESS PERMISSION OF THE SENDER. IF YOU HAVE RECEIVED THIS MESSAGE AND ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY WATSON, ROACH, BATSON & LAUDERBACK, P.L.C. IMMEDIATELY AT 865-637-1700, AND DELETE THE MESSAGE FROM YOUR SYSTEM. UNITED STATES TREASURY REGULATIONS REQUIRE US TO INFORM YOU THAT NO STATEMENTS CONTAINED HEREIN NOR ANY ATTACHMENTS HERETO ARE INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY ANY PERSON FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER UNITED STATES FEDERAL TAX LAWS.


EXHIBIT
1

John T. Batson, Jr.
Benjamin K. Lauderback
Hanson R. Tipton
Reid A. Spaulding*
Dan R. Pilkington
Emily C. Taylor
Courtney E. Read
Brian R. Bibb
Jon G. Roach, Of Counsel+

WATSON ROACH
ATTORNEYS AT LAW

WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.

1500 RIVERVIEW TOWER / 900 SOUTH GAY STREET
POST OFFICE BOX 131 / KNOXVILLE, TENNESSEE 37901-0131
865.637.1700 / 865.525.2514 (FAX)

www.watsonroach.com

Robert H. Watson, Jr. (1945-2014)

Also Member:
* Illinois Bar

+Certified as a Specialist in Civil Pretrial Practice Advocacy by the National Board of Civil Pretrial Practice Advocacy and Civil Trial Advocacy by the National Board of Trial Advocacy

January 24, 2023

Van R. Irion
Law Office of Van R. Irion
800 South Gay Street, Suite 700
Knoxville, Tennessee 37929

Re: Glenn Whiting v. City of Athens, TN, et al.
USDC No. 3:23-cv-00002

Dear Mr. Irion:

Please accept this correspondence as a formal demand that you immediately withdraw the recently filed Complaint against my client, the City of Athens, *et al.* and its agents and/or employees named as Defendants.

By filing the Complaint, you are making certain representations to the Court. In particular, Fed. R. Civ. P. 11 provides:

(b) REPRESENTATIONS TO THE COURT. By presenting to the court a pleading, written motion, or other paper – whether by signing, filing, submitting, or later advocating it – an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defense, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support, or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

If the Court finds that Rule 11 has been violated, both you and your client(s) can be found liable for sanctions. In addition, the Court can *sua sponte* sanction counsel for violation of Rule 11.

You already are, or should be, aware of the various ways in which the Complaint violated Rule 11, which include violations of each subsections (b)(1), (2) and (3). If somehow, you are not, please be advised of the following:

- You have named 33 separate defendants, many of whom are not identified within the body of the Complaint as taking any action or inaction giving rise to a claim;

- Multiple named defendants were not even at the July 4, 2022 celebration where you allege the causes of action arose;

- It is apparent that prior to filing the Complaint, you are unable certify that to the best of your knowledge, information, and belief, the allegations have any basis in fact. It is further clear that you failed to conduct an inquiry reasonable under the circumstances to verify any of the allegations;

- Based on the foregoing, all of these individuals must have been named for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

- The video attached to the Complaint verifies that no defamatory statements were made at the event. Alternatively, you have failed to identify any defamatory statements;

- The Complaint does not meet the heighten pleading standard for defamation under Tennessee law;

- The Complaint does not state a claim for defamation because any allegedly defamatory statements were self-published by your client;

- The alleged claims related to Defendants Sumner, Perkinson and Ainsworth have no basis in fact whatsoever, and will have no evidentiary support after reasonable investigation or discovery. There is no evidence or support whatsoever that any employees or agents of the City "told City

employees that Whiting intended to video tape children in the part for prurient purposes'"; and

- The Complaint does not state a claim under the First Amendment. *See Spithaler v. Smith*, 804 F.# App'x 826, 828 (6th Cir. 2020).

Any one of the above points fully negates either your entire Complaint or any of the causes of action. I will be filing a Motion to Dismiss in the near future. With that being said, you have no legal or factual basis for the causes of action enumerated in the Complaint. As such, please be advised that if you do not withdraw the Complaint against my clients by Friday, January 27, 2023, we will seek sanctions in accordance to Fed. R. Civ. P. 11 against both you and your client.

Should you have any questions or concerns, please do not hesitate to contact me at your convenience.

Very truly yours,

Dan R. Pilkington

DPR/adm