U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Certified Mail Fee
$ $8.76
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postmark Here
3-3-23
Ltr to Irion - Mtn 4 Sanctions
Postage
$
Total Postage and Fees
$
Sent To Van R. Irion
Street and Apt. No., or PO Box No. 800 S. Gay St., Ste. 700
City, State, ZIP+4® Knoxville TN 37929
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

WATSON ROACH
ATTORNEYS AT LAW

...ACH, BATSON & LAUDERBACK, P.L.C.

...VIEW TOWER / 900 SOUTH GAY STREET
...X 131 / KNOXVILLE, TENNESSEE 37901-0131
...637.1700 / 865.525.2514 (FAX)
...v.watsonroach.com

Robert H. Watson, Jr. (1945-2014)

Also Member:
* Illinois Bar

+Certified as a Specialist in Civil Pretrial Practice Advocacy by the National Board of Civil Pretrial Practice Advocacy and Civil Trial Advocacy by the National Board of Trial Advocacy

March 3, 2023

**VIA USPS, CETIFIED MAIL and EMAIL**
Van R. Irion
Law Office of Van R. Irion
800 South Gay Street, Suite 700
Knoxville, Tennessee 37929

Re: Glenn Whiting v. City of Athens, TN, et al.
USDC No. 3:23-cv-00002

Dear Mr. Irion:

Pursuant to Rule 11, Federal Rules of Civil Procedure and as a follow up of my initial letter of January 24, 2023, I have attached a draft Motion for Sanctions that I anticipate filing with the United States District Court for the Eastern District of Tennessee in this matter. At this time, I anticipate the motion will be filed on behalf of those Defendants that I am representing that have already been served, The City of Athens, Tennessee, Brandon Ainsworth and Tim Schultz. I anticipate that additional Defendants may be added to this motion if they are served and subject to the jurisdiction of the Court prior to its filing. In addition, I anticipate that the motion will be accompanied by affidavits or declarations from the Defendants advising of their whereabouts on July 4, 2022 and the extent of any interactions they may have had with Mr. Whiting as referenced in the motion.

As set out in my prior letter, simply put, you have no legal or factual basis for the Complaint and it should be dismissed in its entirety. Should you have any questions or concerns, please do not hesitate to contact me at your convenience.

Very truly yours,

Dan R. Pilkington

DPR/adm
Cc: Keith Grant, Esq.

EXHIBIT
2

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Van R. Irion
Law Office of Van R. Irion
800 S. Gay St., Ste. 700
Knoxville, TN 37929

9590 9402 7509 2098 0859 00

2. Article Number *(Transfer from service label)*

7022 0410 0003 3496 0531

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature] ☑ Agent ☐ Addressee

B. Received by *(Printed Name)* Jenna Hutchinson

C. Date of Delivery 3/7/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

KNOXVILLE TN 377
7 MAR 2023 PM 1 L

9590 9402 7509 2098 0859 00

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

Athens -
Whiting (v1)
3-3-23 ctr
to Ven Illon

• Sender: Please print your name, address, and ZIP+4® in this box•

Dan R. Pilkington
Watson, Roach, Batson & Lauderback
P.O. Box 131
Knoxville, TN 37901-0131

-01313i