## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 07, 2025

Mr. Russell Lee Egli
Egli Law
11109 Lake Ridge Drive
Third Floor
Knoxville, TN 37934

Re: Case No. 25-5424, *Glenn Whiting, et al v. City of Athens, TN, et al*
Originating Case No. 3:23-cv-00002

Dear Counsel,

   This appeal has been docketed as case number **25-5424** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **May 21, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:   Appearance of Counsel
             Civil Appeal Statement of Parties & Issues
             Disclosure of Corporate Affiliations
             Application for Admission to 6th Circuit Bar (if applicable)

      Appellee:    Appearance of Counsel
                      Disclosure of Corporate Affiliations
                      Application for Admission to 6th Circuit Bar (if applicable)

    If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                              Sincerely yours,

                                              s/Robin L Baker
                                              Case Manager
                                              Direct Dial No. 513-564-7014

cc:  Mr. Brian Robert Bibb
     Mr. Mitchell Bryant
     Mr. Daniel Roberts Pilkington
     Mr. Philip Aaron Wells

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-5424

GLENN WHITING

    Plaintiff - Appellant

VAN IRION

    Appellant

v.

CITY OF ATHENS, TN; SETH SUMNER; BO PERKINSON; BRANDON AINSWORTH; JAMESON SLIGER; TY GABLE; ROD WALKER; SETH WALKER; DEB CARDIN; TYLER HICKS; OFFICER TOM GARLAND

    Defendants - Appellees