**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 20, 2026

Ms. LeAnna Wilson
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re:    Case Nos. 24-5918/24-5919/25-5424, *Glenn Whiting v. City of Athens, TN, et al*
       Originating Case Nos. 3:23-cv-00220; 3:23-cv-00221; 3:23-cv-00002.

Dear Ms. Wilson,

   Enclosed is a copy of the mandate filed in these cases.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Robin

cc: Mr. Brian Robert Bibb
    Mr. Russell Lee Egli
    Mr. Van R. Irion
    Mr. Daniel Roberts Pilkington
    Mr. Philip Aaron Wells

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

Nos: 24-5918/24-5919/25-5424

_____

Filed: May 20, 2026

24-5918/5919

GLENN WHITING,
Plaintiff - Appellant,

v.

CITY OF ATHENS, TENNESSEE (24-5918/5919); MIKE KEITH and BRANDON
AINSWORTH (24-5918); STEVE SHERLIN (24-5919),
Defendants - Appellees.

_____

25-5424

GLENN WHITING,
Plaintiff - Appellant,

VAN IRION,
Appellant,

v.

CITY OF ATHENS, TENNESSEE; SETH SUMNER; BO PERKINSON; BRANDON
AINSWORTH; JAMESON SLIGER; TY GABLE; ROD WALKER; SETH WALKER; DEB
CARDIN; TYLER HICKS; OFFICER TOM GARLAND,

Defendants - Appellees.

## MANDATE

Pursuant to the court's disposition that was filed 03/13/2026 the mandate for these cases

hereby issues today.

COSTS:  None